**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| DELMAR H. BARCLAY, | : | |
| | : | CASE NO. 5:13-CR-3; 5:15-CV-2374 |
| Defendant-Petitioner, | : | |
| | : | JUDGE JAMES S. GWIN |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | **MOTION TO SUPPLMENT PRO SE** |
| | : | **MOTION FOR RELIEF UNDER** |
| Plaintiff-Respondent. | : | **28 U.S.C. § 2255** |
| | : | |

Now comes the Petitioner, Delmar H. Barclay, through counsel, and respectfully asks permission for counsel to supplement his pro se motion for habeas relief under 28 U.S.C. § 2255 filed on November 19, 2015. Mr. Barclay's motion asserted various claims of ineffective assistance of counsel relating to his designation under the Armed Career Criminal Act and its 15-year mandatory minimum sentence. [Dkt.46, Motion to Vacate, PageID 346]. Mr. Barclay, through counsel, now seeks to supplements his pro se motion with additional argument, in light of *Johnson v. United States*, 135 S.Ct. 2551 (2015).

This Court sentenced Mr. Barclay to 180 months of imprisonment under the Armed Career Criminal Act (ACCA) at 18 U.S.C. § 924(e). [Dkt.51, Sent. Tr., PageID 264]. This Court's designation of Mr. Barclay as an armed career criminal was based on a "large number of crimes of violence or drug trafficking offenses." [R.42, Sent. Tr., PageID 329; PSR at ¶¶ 29, 41, 42, 54, 57, 60, 61]. However, several of the prior offenses either did not qualify at the time of sentencing or no longer qualify in light of *Johnson v. United States*, 135 S.Ct. 2551 (2015). Thus,

1

Mr. Barclay was improperly designated as an armed career criminal and is not subject to a mandatory minimum of 180 months, requiring de novo resentencing.

A signed agreement from Mr. Barclay to representation by the Office of the Federal Public Defender is attached. In addition, On August 27, 2015, the Office of the Federal Public Defender was appointed to represent all defendants eligible for relief as a result of *Johnson v. United States*, 135 S.Ct. 2551 (2015). *See* General Order No. 2015-11 (N.D.Ohio Aug. 27, 2015).  Counsel thus seeks permission to supplement Mr. Barclay's pro se habeas motion to address whether he was illegally sentenced under the ACCA.

        Respectfully submitted,

        *s/ Wendi L. Overmyer*
        WENDI L. OVERMYER (0071000)
        Office of the Federal Public Defender
        50 S. Main Street, Suite 700
        Akron, Ohio 44308
        (330) 37505739; Fax: (330) 375-5738
        wendi_overmyer@fd.org

        *Counsel for Delmar H. Barclay*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2015, a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.  All other parties will be served by regular U.S. mail.

*s/ Wendi L. Overmyer*
WENDI L. OVERMYER (0071000)
Office of the Federal Public Defender

Federal Public Defender, Northern District of Ohio
50 South Main Street, Suite 700
Akron, Ohio 44308

    RE:    <u>United States v. Delmar Barclay</u>
            Case Nos. 5:13-CR-3; 5:15-CV-2374, Northern District of Ohio

I agree to representation by the Office of the Federal Public Defender in my pending habeas motion for sentencing relief, which I filed pro se on November 19, 2015.

Date: 11-26-15    Signed: _____
                                       Delmar H. Barclay